UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES C. VAN PELT      :
            :
VS.           :  CIVIL ACTION NO.
            :
DONATO PALMA and LUKE RASILE :  MAY 22, 2017

## C O M P L A I N T

1.  This is an action to redress the deprivation of rights secured to the plaintiff by the Constitution and laws of the United States and the State of Connecticut.

2.  Jurisdiction of this court is invoked under the provisions of Sections 1331, 1343(3) and 1367(a) of Title 28 and Sections 1983 and 1988 of Title 42 of the United States Code.

3.  The plaintiff is an adult citizen of the United States who resides in Hamden, Connecticut.

4.  The defendants are officers in the Police Department of East Haven, Connecticut.  They are sued only in their individual capacities.

5.  During all times mentioned in this Complaint, the defendants were acting under color of law, that is, under color of the constitution, statutes, laws, rules, regulations, customs and usages of the State of Connecticut.

6. At all times mentioned in this Complaint, the defendants acted jointly and in concert with each other. Each defendant had the duty and the opportunity to protect the plaintiff from the unlawful actions of the other defendant but each defendant failed and refused to perform such duty, thereby proximately causing the injuries herein complained of.

7. At approximately 10:30 p.m. on March 5, 2017, at the Quality Inn, 30 Frontage Road, East Haven, in the course of taking the plaintiff into custody the defendants threw him to the ground and beat him, inflicting a concussion, cervical sprain, cracked rib, broken tooth, bruises and contusions and causing him to suffer severe physical and emotional injuries some of which may be permanent in nature.

8. There was no justification or excuse for the amount of force used by the defendants.

9. In the manner described above, the defendants inflicted unreasonable force upon the plaintiff in violation of the Fourth Amendment to the United States Constitution as enforced through Sections 1983 and 1988 of Title 42 of the United States Code.

WHEREFORE, the plaintiff claims judgment against the defendants and each of them, jointly and severally, for compensatory damages, punitive damages, attorney fees and costs.

2

THE PLAINTIFF


BY:_____ _/s/_____John R. Williams____
        JOHN R. WILLIAMS (ct00215)
        51 Elm Street
        New Haven, CT 06510
        203.562.9931
        Fax:  203.776.9494
        jrw@johnrwilliams.com